**SEALED**

**FILED**

OCT 10 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: GPS TRACKER WARRANT FOR Shipping crates bearing bill of lading number #787-245933-5, and addressed to "Endless Tech, C/O YRC, 3210 52nd Ave., Sacramento, CA 95823" | 2:12-SW-631 CKD<br><br>**UNDER SEAL**<br><br>ORDER SEALING GPS TRACKER WARRANT APPLICATION AND GPS TRACKER WARRANT |

O R D E R

Pursuant to Local Rule 141(b) and based upon the Government's Request to Seal, **IT IS HEREBY ORDERED** that the above-identified GPS Tracker Warrant, GPS Tracker Warrant Application, and the United States's Request to Seal and this Court's Order in this case shall all be **SEALED** until further order of this Court.

IT IS SO ORDERED.

DATED: 10/1/12

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE