PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

FILED

JUL 18 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>- Shipping crates bearing bill of lading number #787-245933-5;<br>- 12898 Slate Creek Road, Nevada City, CA;<br>- 5859 Rosebud Lane, Building "C" Suite 16, Citrus Heights, CA;<br>- Gray Honda Element, bearing California tag "5LXD960";<br>- 12035 Puffball Court;<br>- 11935 Hutto Road;<br>- Apple iPad DQTG5304DFJ3;<br>- Thumb Drive BL1105ZHPB;<br>- Apple Black iPhone IC:579C-E2430A*;<br>- Western Digital Harddrive WX70AA9Y1107;<br>- ASUS Desktop C2PDCG001EE8;<br>- Samsung Laptop ZYPX93BB303146K; and<br>- LG CELL PHONE 203CYNL0316583 | 2:12-SW-0631-CKD<br>2:12-SW-0633-CKD<br>2:12-SW-0634-CKD<br>2:12-SW-0635-CKD<br>2:13-SW-0612-KJN<br>2:13-SW-0613-KJN<br>2:13-SW-0802-CKD<br>2:13-SW-0803-CKD<br>2:13-SW-0804-CKD<br>2:13-SW-0806-CKD<br>2:13-SW-0808-CKD<br>2:13-SW-0809-CKD<br>2:13-SW-0810-CKD<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 7/15/2016

_____
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE